# Court of Appeals
# of the State of Georgia

ATLANTA,___May 22, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1801. MICHAEL CARR v. THE STATE.**

Michael Carr pled guilty to aggravated stalking and terroristic threats. He later moved to withdraw the guilty plea, but the trial court denied his motion. Carr appealed to this Court. We affirmed the trial court's ruling, but remanded for the court to consider Carr's claim of ineffective assistance of counsel. See *Carr v. State*, Case No. A12A0647, decided April 19, 2012. On November 20, 2012, the court entered an order rejecting Carr's ineffective assistance claim. On January 24, 2013, Carr filed a pro se notice of appeal to the Supreme Court. That Court subsequently transferred the appeal here. We, however, lack jurisdiction because Carr's appeal was untimely.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rocha v. State*, 287 Ga. App. 446, 447 (1) (a) (651 SE2d 781) (2007). Carr filed his notice of appeal 65 days after entry of the order he seeks to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/22/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*